# CERTIFICATE OF SERVICE

I, ___Hope D. Carmichael_____, certify that service of this

(Name)

summons and a copy of the complaint was made on ___May 12, 2023____ by:

(Date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

See Attached Exhibit "A"

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]

(Name of State)

　　　If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

May 16, 2023

Date

/s/ Hope D. Carmichael

Signature:

Print Name: Hope D. Carmichael

Business Address: 1951 Clark Avenue

City: Raleigh          State: NC          Zip Code: 27605

Exhibit "A" - Unit 118

| Last Name | First Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| BOTTORF | KAREN L. | 469 Lincoln Avenue | Hatboro | PA | 19040 |
| HORTON | DAVID K. | 716 MAINSAIL DRIVE | NEWPORT NEWS | VA | 23608 |
| FLETCHER | ANNAMARIE | 3208 CURTIS DRIVE APT T3 | TEMPLE HILLS | MD | 20748 |
| FLETCHER | ANTHONY | P.O. Box 1014 | Clinton | MD | 20735 |
| SULLIVAN | JOSEPH F. | 11405 CREEK RD SE | CUMBERLAND | MD | 21502 |
| | VACATIONS UNLIMITED, LLC | ATTN: MEMBER/MANAGER 1101 MIRANDA LANE | KISSIMMEE | FL | 34741 |
| TREADAWAY | CHRISTINE M. | 5709 SUSTAR DRIVE | MONROE | NC | 28110- |
| TREADAWAY | JOHNNY B. | 5709 SUSTAR DRIVE | MONROE | NC | 28110 |
| | UNITED KINGDOM TRAVEL, LLC | ATTN: MEMBER/MANAGER 7451 WARNER AVENUE, SUITE E-200 | HUNTINGTON BEACH | CA | 92647 |
| TAYLOR | MATTHEW | 4710 BAHAMA ROAD | ROUGEMONT | NC | 27572 |
| TAYLOR | SHANNON | 4710 BAHAMA ROAD | ROUGEMONT | NC | 27572 |
| SANDERS | NORMAN | 743 Porter Street | MEMPHIS | TN | 38126 |
| HEATH | FORREST A. | 540 PIKE RD. | PANTEGO | NC | 27860 |
| HEATH | MARIANNA C. | 540 PIKE RD. | PANTEGO | NC | 27860 |
| JEMISON | EVELYN W | 20600 SOUTHLAWN AVE | S CHESTERFIELD | VA | 23803 |